| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Transferring Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | TH 03-08-CR-01 |
| | DOCKET NUMBER (Receiving Court) |
| | 06-PT-339-TFH |

| NAME & ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| | SD/IN | Terre Haute |
| Gerald L. Jones | NAME OF SENTENCING JUDGE | |
| | The Honorable Larry J. McKinney | |
| | DATES OF PROBATION/SUPERVISED RELEASE | FROM 12/13/2005 | TO 12.12.2007 |

FILED SEP - 5 2006 NANCY MAYER-WHITTINGTON, CLERK U.S. DISTRICT COURT

**OFFENSE**

Possession of a Prohibited Object (Plastic Knife) (18 U.S.C. § 1791(a)(1) and (b)(3))

## PART 1 - ORDER TRANSFERRING JURISDICTION

United States District Court for the Southern District of Indiana

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the **District of Columbia** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

8/8/06
Date

United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

United States District Court for the ___ District of **Columbia**

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

8/21/06
Date

United States District Judge

RECEIVED AUG 16 2006
CHAMBERS OF CHIEF JUDGE
THOMAS F. HOGAN