PROB 12A-DC
(Rev. 12/82)

# UNITED STATES DISTRICT COURT
## FOR THE
## THE DISTRICT OF COLUMBIA

FILED

OCT 17 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

U.S.A. vs. **Gerald L. Jones**                                    Docket No.: **06-pt-0339-01**

## REQUEST FOR COURSE OF ACTION
### (Issuance of Warrant)

COMES NOW **André M. Wilson**, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Gerald L. Jones**, who was placed on Supervised Release by the Honorable **Larry J. McKinney**, Chief Judge, sitting in the Court in the Southern District of Indiana, on the **11th** day of **September, 2003**, who fixed the period of Supervised Release at **2** years, and imposed the general terms and conditions of Supervised Release theretofore adopted by the Court, and also imposed special conditions and terms as follows: participate in drug aftercare, and submit to search and seizure.

On September 11, 2003, Gerald L. Jones appeared before Chief Judge Larry J. McKinney, of the United States District Court for the Southern District of Indiana, after pleading guilty to Possession of a Prohibited Object, in violation of 18 USC § § § 1791(a)(2) and (b)(3). The Court sentenced Mr. Jones to a 24-month imprisonment term and a 24-month supervised release term. The Court also ordered Mr. Jones to pay a $100 special assessment. Supervised release began on December 13, 2005, in the District of Columbia, and will expire on December 12, 2007.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

### Statement of Alleged Violation(s) of Supervised

1. On September 19, 2006, Mr. Jones was arrested in the District of Columbia, and charged with Unauthorized Use of a Vehicle. (Standard Condition).

2. On September 27, 2006, a warrant was issued in the District of Columbia for the arrest of Mr. Jones, charging him with Robbery. (Standard Condition).

3. Mr. Jones failed to participate in outpatient group counseling at the Salvation Army Harbor Lights Center on August 18 and 23, 2006; and September 1, 6, 8, 13, and 15, 2006. (Special Condition).

Gerald L. Jones
Docket No.: 06-pt-0339-01
Page 2

**PRAYING THE COURT WILL ORDER** that a warrant be issued for the arrest of Gerald L. Jones as a Supervised Release violator.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____10-11-06_____

>                André M. Wilson, Senior
>                U.S. Probation Officer
>                (202) 565-1428

Approved By: _____
              Shari McCoy, Supervising
              United States Probation Officer

## ORDER OF COURT

Considered and ordered this _13_ day of ___October___, 2006.

_____
Thomas F. Hogan
Chief Judge
United States District Court

__10/13/06__
Date

Gerald L. Jones
Docket No.: 06-pt-0339-01
Page 3

**Notice of Delivery To Parties:**

**U.S. Attorney's Office**
Tasheeka Hawkins
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

A.J. Kramer
Federal Public Defender's Office
625 Indiana Avenue, NW
Suite 550
Washington, DC 20004