UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  06-PT-339** |
| | : | |
| v. | : | |
| | : | |
| **GERALD JONES** | : | |
| | | |
| **Defendant** | : | |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorney Precious Murchison at  telephone number 202-307-6080 and/or email address Precious.Murchison@usdoj.gov  Precious Murchison will substitute for Assistant United States Attorney Angela George counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney


        /s/
Precious Murchison
Assistant United States Attorney
Federal Major Crimes
555 4th Street, NW,  Room 4840
Washington, DC 20530
202-307-6080