A 245 D (Rev DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

FILED

JUN 26 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

v.                                              Case Number   PT 06-339

GERALD JONES

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, GERALD JONES, was represented by MARY PETRAS-FPD

It appearing that the defendant, who was sentenced on 9/11/2003 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 25TH day of JUNE 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**EIGHTEEN(18) MONTHS INCARCERATION TO RUN CONSECUTIVE TO ANY OTHER SENTENCE SERVING. NO FURTHER TERM OF SUPERVISED RELEASE IS ORDERED.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 25th day of JUNE 2007

CHIEF JUDGE THOMAS F. HOGAN, U.S DISTRICT COURT JUDGE

